IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DIANA BRENNEN,

    Plaintiff,

v.                                  CASE NO. 1:10-cv-00083-MP-AK

GROUP SHORT TERM DISABILITY PLAN FOR EMPLOYEES OF SHANDS TEACHING HOSPITAL AND CLINICS INC, SHANDS TEACHING HOSPITAL AND CLINICS INC,

    Defendants.

_____/

## **O R D E R**

This matter is before the Court on Motion to Amend/Correct Complaint by Diana Brennen, Doc. 9. Following Defendants' Motion to Dismiss, Plaintiff has amended her Complaint in accordance with Federal Rule of Civil Procedure 15(a)(1)(B). The Defendants do not object to her doing so. Accordingly, it is

**ORDERED AND ADJUDGED:**

1.    Motion to Amend is GRANTED.

2.    The amended complaint shall be accepted and filed by the clerk.

3.    The Clerk is directed to terminate the Motion to Dismiss, Doc. 7.

4.    Plaintiff is directed to obtain a summons for each new Defendant and serve each Defendant with process as mandated by the Federal Rules of Civil Procedure.

5.    Defendants shall respond to the Amended Complaint within the time limits set by the Rules of Civil Procedure.

**DONE AND ORDERED** this  *17th* day of June, 2010



*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge