IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DIANA BRENNEN,

    Plaintiff,

v.                                       CASE NO. 1:10-cv-00083-MP-AK

GROUP SHORT TERM DISABILITY PLAN FOR EMPLOYEES OF SHANDS TEACHING HOSPITAL AND CLINICS INC, HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, SHANDS TEACHING HOSPITAL AND CLINICS INC,

    Defendants.

_____/

## O R D E R

This matter is before the Court on Motion for Extension of Time to File Answer, Doc. 17. Defendant insurer, Hartford Life and Accident Insurance Company ("Hartford"), requests a ten day extension of time to file its Answer to the Amended Complaint, Doc. 10. Plaintiff has been contacted and does not oppose the extension. Accordingly, it is

**ORDERED AND ADJUDGED:**

1.     Motion for Extension of Time, Doc. 17, is GRANTED *nunc pro tunc*.

2.     Defendant Hartford shall file its Answer no later than July 26, 2010.

**DONE AND ORDERED** this _20th_ day of July, 2010

                                    *s/Maurice M. Paul*
                                Maurice M. Paul, Senior District Judge