IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DIANA BRENNEN,

    Plaintiff,

v.                                         CASE NO. 1:10-cv-00083-MP-AK

GROUP SHORT TERM DISABILITY PLAN FOR EMPLOYEES OF SHANDS TEACHING
HOSPITAL AND CLINICS INC, HARTFORD LIFE AND ACCIDENT INSURANCE
COMPANY, SHANDS TEACHING HOSPITAL AND CLINICS INC,

    Defendants.

_____/

# O R D E R

This matter is before the Court on (Second) Motion for Extension of Time to File Answer, Doc. 22. Defendant Hartford Life and Accident Insurance Company ("Hartford") moves for a further twenty-one (21) day extension to respond to the Amended Complaint, Doc. 10. Hartford requests this second extension in order adequately to research and respond to Count II, in which Plaintiff alleges she has been prevented from filing her disability claim, and is therefore excused from exhausting her administrative remedies under ERISA. Plaintiff does not object to the extension. Accordingly, it is

    **ORDERED AND ADJUDGED:**

    1.     (Second) Motion for Extension of Time, Doc. 22, is GRANTED.

    2.     Defendant Hartford shall respond to the Amended Complaint no later than close of business, August 16, 2010.

    **DONE AND ORDERED** this  *28th*  day of July, 2010



                                      Maurice M. Paul, Senior District Judge